UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LYNETTA JACKSON** | **CASE NO. 3:21-CV-01099** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AXEL CHARLES ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, together with the written objections [Doc. Nos. 21; 22] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff's Motion to Remand and Supplemental Motion to Remand [Doc. Nos. 9; 14] are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against defendants Michael Baker and Anpac Louisiana Insurance Co. are **DISMISSED**, **WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees [Doc. No. 9] is **DENIED**.

Monroe, Louisiana, this 20th day of August, 2021.

_____
Terry A. Doughty
United States District Judge